IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE GOINS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. JOE,<br><br>Defendant. | Civil Action File No. |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1442, Christopher M. Joe, by and through the United States Attorney for the Northern District of Georgia, files this Notice of Removal of the lawsuit styled *Danielle Goins v. Christopher M. Joe*, Magistrate Court of Gwinnett County, State of Georgia, Case No. 24M21327 ("State Court Action"), respectfully showing the Court as follows:

1.

Plaintiff Danielle Goins filed the State Court Action on May 16, 2024. A copy of Plaintiff's Statement of Claim is attached hereto as **Exhibit A**.

2.

Plaintiff served process on Christopher M. Joe in the State Court Action on July 12, 2024. On August 19, 2024, the United States Attorney for the Northern District of Georgia certified that Joe was acting within the scope of his

employment during the events alleged in the Statement of Claim. That certification is attached as **Exhibit B**.

3.

No other process, pleadings, motions, or orders have been filed in the State Court Action, and no trial date has been scheduled in the State Court Action.

4.

Plaintiff filed the State Court Action based on alleged defamation against Plaintiff by Joe, an employee of the Department of Veterans Affairs.

5.

This lawsuit is one that may be removed to federal court pursuant to 28 U.S.C. § 1442(a)(1) because it is filed against an officer of the United States for or relating to any act under color of such office.

6.

The Federal Tort Claims Act ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (the "Westfall Act"), Pub. L. No. 100-694 5, 6, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), provides that a suit against the United States shall be the exclusive remedy for

persons with claims for damages resulting from the actions of federal employees taken within the scope of their office or employment. *See* 28 U.S.C. § 2679(b)(1).

7.

The FTCA provides that federal district courts shall have exclusive jurisdiction of civil actions over claims against the United States. *See* 28 U.S.C. § 1346(b)(1). Pursuant to the Westfall Act, the government plans to substitute the United States in the place of Joe.

8.

Section 1442(d) defines the terms "civil action" and "criminal prosecution" for purposes of removal to include "any proceeding (whether or not ancillary to another proceeding) to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought or issued."

9.

Pursuant to 28 U.S.C. § 1446(d), the United States will file a copy of this Notice of Removal with the Magistrate Court of Gwinnett County and serve the same upon Plaintiff.

WHEREFORE, this action, which is now pending in the Magistrate Court of Gwinnett County is removed to this Court.

Respectfully submitted, this 20th day of August, 2024.

RYAN K. BUCHANAN
*United States Attorney*

s/Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6000
Facsimile: 404-581-6181
Counsel for United States of America

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the document to which this certificate is attached has been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

This 20th day of August 2024.

s/ Holly A. Vance
Holly A. Vance
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also hereby certify that I have served a copy of the foregoing document upon Plaintiff in this case by causing a true and correct copy of the same to be deposited in the United States mail with adequate postage affixed thereto to ensure delivery, addressed as follows:

Danielle Goins
201 Northeast Drive
Warner Robins, Georgia 31093

This 20th day of August 2024.

s/ Holly A. Vance
Holly A. Vance
Assistant United States Attorney
Counsel for Defendant